**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

ELMER MENDEZ, ET AL.                                                                                  PLAINTIFFS

V.                                                                         CAUSE NUMBER: 1:22-CV-125 MPM-DAS

SUMMIT HOUSING TRANSPORT, LLC., ET AL.                                          DEFENDANTS

**ORDER DISMISSING ACTION**
**BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 2nd day of July 2024.

                                                     /s/ MICHAEL P. MILLS
                                                   UNITED STATES DISTRICT JUDGE
                                                   NORTHERN DISTRICT OF MISSISSIPPI